Earl BARNETT, Plaintiff–Appellant,

v.

U.S. ATTORNEY GENERAL, Department of Justice; Federal Bureau of Prisons, Defendants–Appellees.

No. 13–1604.

United States Court of Appeals, Fourth Circuit.

Submitted: July 26, 2013.

Decided: Aug. 13, 2013.

Earl Barnett, Appellant Pro Se, Jarod James Douglas, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl Barnett appeals the district court's order adopting the recommendation of the magistrate judge as modified and granting Defendants' motion to dismiss or, in the alternative, for summary judgment, and dismissing Barnett's employment discrimination action with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Barnett v. U.S. Attorney Gen.*, No. 1:11–cv–00203–IMK–JSK, 2013 WL 1164355 (N.D.W.Va. Mar. 20, 2013). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*